NICK ZINKIN (SBN 216431)
LAW OFFICES OF NICK ZINKIN
5 River Park Place West, Suite 204
Fresno, CA  93720
Telephone:  (559) 225-2200
Facsimile:   (559) 225-2295

Attorneys for Defendants, DeWayne Zinkin
and Sandra Zinkin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE; | Case No. 1:13-CV-00613-AWI-SAB |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT |
| vs. | |
| DEWAYNE ZINKIN; SANDRA ZINKIN; SHAW STREET BOOKS, INC., a California corporation dba VIDEO LIQUIDATORS; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel of record, pursuant to Federal Rules of Court 6, and Local Rule 144, that Defendants, DEWAYNE ZINKIN and SANDRA ZINKIN, shall have an extension of time up and to JULY 16, 2013, to file their respective responsive pleadings to Plaintiff's complaint on file herein.

The parties are actively involved in settlement negotiations and Defendants are in the process of providing a CASp Report to Plaintiff.  This further extension is needed to allow for continued discussion concerning means of resolution of alleged ADA violations.

/ / /

/ / /

Dated: June 25, 2013          LAW OFFICES OF NICK ZINKIN


                   By:   /s/ Nick Zinkin
                         Nick Zinkin, Attorney for Defendants,
                         DeWayne Zinkin and Sandra Zinkin


Dated: June 25, 2013          MOORE LAW FIRM


                   By:   /s/ Tanya E. Moore
                         Tanya E. Moore, Attorney for Plaintiff, Ronald Moore


**ORDER**

The Parties having so stipulated and good cause appearing, it is hereby ordered that Defendants, DEWAYNE ZINKIN and SANDRA ZINKIN, responses to Plaintiff's Complaint are due on or before July 16, 2013.

IT IS SO ORDERED.

Dated:   **June 26, 2013**

                                  UNITED STATES MAGISTRATE JUDGE