NICK ZINKIN (SBN 216431)
LAW OFFICES OF NICK ZINKIN
5 River Park Place West, Suite 204
Fresno, CA  93720
Telephone:  (559) 225-2200
Facsimile:   (559) 225-2295

Attorneys for Defendants, DeWayne Zinkin
and Sandra Zinkin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD MOORE; | ) | Case No. 1:13-CV-00613-AWI-SAB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR |
| | ) | EXTENSION TO RESPOND TO |
| vs. | ) | COMPLAINT |
| | ) | |
| DEWAYNE ZINKIN; SANDRA ZINKIN; | ) | |
| SHAW STREET BOOKS, INC., a California | ) | |
| corporation dba VIDEO LIQUIDATORS; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,

through their respective counsel of record, pursuant to Federal Rules of Court 6, and Local Rule

144, that Defendants, DEWAYNE ZINKIN and SANDRA ZINKIN, shall have an extension of

time up and to JULY 16, 2013, to file their respective responsive pleadings to Plaintiff's

complaint on file herein.

The parties are actively involved in settlement negotiations and Defendants are in the

process of providing a CASp Report to Plaintiff.  This further extension is needed to allow for

continued discussion concerning means of resolution of alleged ADA violations.

/ / /

/ / /

1    Dated: June 25, 2013                    LAW OFFICES OF NICK ZINKIN

2

3

4                                    By:    /s/ Nick Zinkin
                                            Nick Zinkin, Attorney for Defendants,
5                                           DeWayne Zinkin and Sandra Zinkin

6    Dated: June 25, 2013                    MOORE LAW FIRM

7

8                                    By:    /s/ Tanya E. Moore
                                            Tanya E. Moore, Attorney for Plaintiff, Ronald Moore
9

10

11

12                                          **ORDER**

13       The Parties having so stipulated and good cause appearing, it is hereby ordered that

14   Defendants, DEWAYNE ZINKIN and SANDRA ZINKIN, responses to Plaintiff's Complaint

15   are due on or before July 16, 2013.

16

17   IT IS SO ORDERED.

18

19       Dated:   **June 26, 2013**        _____
                                            UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28