1  NICK ZINKIN (SBN 216431)
   LAW OFFICES OF NICK ZINKIN
2  5 River Park Place West, Suite 204
   Fresno, CA  93720
3  Telephone:  (559) 225-2200
   Facsimile:   (559) 225-2295
4
   Attorneys for Defendants, DeWayne Zinkin
5  and Sandra Zinkin

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  RONALD MOORE;                          )  Case No. 1:13-CV-00613-AWI-SAB
                                           )
12              Plaintiff,                 )  STIPULATION AND ORDER FOR
                                           )  EXTENSION TO
13  vs.                                    )  RESPOND TO COMPLAINT
                                           )
14  DEWAYNE ZINKIN; SANDRA ZINKIN;         )
    SHAW STREET BOOKS, INC., a California  )
15  corporation dba VIDEO LIQUIDATORS;     )
                                           )
16              Defendants.                )
                                           )

17  _____

18      IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,

19  through their respective counsel of record, pursuant to Federal Rules of Court 6, and Local Rule

20  144, that Defendants, DEWAYNE ZINKIN and SANDRA ZINKIN, shall have an extension of

21  time up and to JULY 23, 2013, to file their respective responsive pleadings to Plaintiff's

22  complaint on file herein.

23      The parties are actively involved in settlement negotiations.  This further extension is

24  needed to allow for each party to continue such discussions in an effort to avoid continuing

25  litigation.

26  / / /

27  / / /

28

                                Page 1

1

Dated: July 16, 2013                    LAW OFFICES OF NICK ZINKIN

2

3

                    By:    /s/ Nick Zinkin

4

                           Nick Zinkin, Attorney for Defendants,
                           DeWayne Zinkin and Sandra Zinkin

5

6

Dated: July 16, 2013                    MOORE LAW FIRM

7

8

                    By:    /s/ Tanya E. Moore
                           Tanya E. Moore, Attorney for Plaintiff, Ronald Moore

9

10

11

### ORDER

12

13

    The Parties having so stipulated and good cause appearing,

14

    IT IS HEREBY ORDERED that Defendants, DEWAYNE ZINKIN and SANDRA

15

ZINKIN, responses to Plaintiff's Complaint are due on or before July 23, 2013.

16

17

IT IS SO ORDERED.

18

   Dated:   **July 16, 2013**                    /s/ Barbara A. McAuliffe

19

                                   UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28