NICK ZINKIN (SBN 216431)
LAW OFFICES OF NICK ZINKIN
5 River Park Place West, Suite 204
Fresno, CA  93720
Telephone:  (559) 225-2200
Facsimile:   (559) 225-2295

Attorneys for Defendants, DeWayne Zinkin
and Sandra Zinkin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE; | Case No. 1:13-cv-00613-AWI-SAB |
| Plaintiff, | STIPULATION AND ORDER FOR FURTHER EXTENSION TO RESPOND TO COMPLAINT |
| vs. | |
| DEWAYNE ZINKIN; SANDRA ZINKIN; SHAW STREET BOOKS, INC., a California corporation dba VIDEO LIQUIDATORS; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel of record, pursuant to Federal Rules of Court 6, and Local Rule 144, that Defendants, DEWAYNE ZINKIN and SANDRA ZINKIN, shall have an extension of time up and to AUGUST 5, 2013, to file their respective responsive pleadings to Plaintiff's complaint on file herein.

The parties are actively involved in settlement negotiations.  This further extension is needed to allow for each party to continue such discussions in an effort to avoid continuing litigation.

/ / /

/ / /

Dated: July 23, 2013				LAW OFFICES OF NICK ZINKIN


					By:	/s/ Nick Zinkin
						Nick Zinkin, Attorney for Defendants,
						DeWayne Zinkin and Sandra Zinkin


Dated: July 23, 2013				MOORE LAW FIRM


					By:	/s/ Tanya E. Moore
						Tanya E. Moore, Attorney for Plaintiff, Ronald Moore


## **ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendants, DEWAYNE ZINKIN and SANDRA ZINKIN, responses to Plaintiff's Complaint are due on or before August 5, 2013.

IT IS SO ORDERED.

Dated:   **July 23, 2013**					_____
						UNITED STATES MAGISTRATE JUDGE