1  NICK ZINKIN (SBN 216431)
   LAW OFFICES OF NICK ZINKIN
2  5 River Park Place West, Suite 204
   Fresno, CA  93720
3  Telephone:  (559) 225-2200
   Facsimile:   (559) 225-2295
4
   Attorneys for Defendants, DeWayne Zinkin
5  and Sandra Zinkin

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 RONDALD MOORE;                    )  Case No. 1:13-CV-00613-AWI-SAB
                                     )
12            Plaintiff,             )  STIPULATION AND ORDER FOR
                                     )  FURTHER EXTENSION TO RESPOND TO
13 vs.                               )  COMPLAINT
                                     )
14 DEWAYNE ZINKIN; SANDRA ZINKIN;    )
   SHAW STREET BOOKS, INC., a California )
15 corporation dba VIDEO LIQUIDATORS; )
                                     )
16            Defendants.            )
                                     )
17

18      IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,

19 through their respective counsel of record, pursuant to Federal Rules of Court 6, and Local Rule

20 144, that Defendants, DEWAYNE ZINKIN and SANDRA ZINKIN, shall have an extension of

21 time up and to AUGUST 23, 2013, to file their respective responsive pleadings to Plaintiff's

22 complaint on file herein.

23      The parties are actively involved in settlement negotiations.  This further extension is

24 needed to allow for each party to continue such discussions in an effort to avoid continuing

25 litigation.

26 / / /

27 / / /

28

Dated: August 5, 2013           LAW OFFICES OF NICK ZINKIN

                    By:   /s/ Nick Zinkin
                          Nick Zinkin, Attorney for Defendants,
                          DeWayne Zinkin and Sandra Zinkin

Dated: August 5, 2013           MOORE LAW FIRM

                    By:   /s/ Tanya E. Moore
                          Tanya E. Moore, Attorney for Plaintiff, Ronald Moore

## **ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendants, DEWAYNE ZINKIN and SANDRA ZINKIN, responses to Plaintiff's Complaint are due on or before August 23, 2013.

IT IS SO ORDERED.

Dated:   **August 6, 2013**                    _____
                                               UNITED STATES MAGISTRATE JUDGE