UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE; | ) Case No. 1:13-CV-00613-AWI-SAB |
| | ) |
| Plaintiff, | ) ORDER ON STIPULATION FOR |
| | ) EXTENSION TO FILE A RESPONSIVE |
| vs. | ) PLEADING |
| | ) |
| DEWAYNE ZINKIN; SANDRA ZINKIN; SHAW STREET BOOKS, INC., a California corporation dba VIDEO LIQUIDATORS; | ) ) ) ) |
| | ) |
| Defendants. | ) |

Pursuant to the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that Defendants, DEWAYNE ZINKIN and SANDRA ZINKIN, may have to and including August 29, 2013 within which to respond to Plaintiff's complaint.

The parties are advised that no further extensions will be granted absent extraordinary circumstances

IT IS SO ORDERED.

Dated:   **August 26, 2013**                            _____
                                                                                  UNITED STATES MAGISTRATE JUDGE