# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD MOORE,** | **CASE NO. 1:13-CV-0613 AWI SAB** |
| **Plaintiff** | **ORDER OF DISMISSAL** |
| v. | |
| **DEWAYNE ZINKIN; SANDRA ZINKIN; SHAW STREET BOOKS, INC., a California corporation dba VIDEO LIQUIDATORS,** | |
| **Defendants** | |

Pursuant to the joint stipulation for dismissal with prejudice filed August 29, 2013 (Doc. 26) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the cross claim by Shaw Street Books, Inc. against Dewayne and Sandra Zinkin is dismissed with prejudice.

IT IS SO ORDERED.

Dated: August 29, 2013

SENIOR DISTRICT JUDGE