UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE;<br><br>        Plaintiff,<br><br>vs.<br><br>DEWAYNE ZINKIN; SANDRA ZINKIN; SHAW STREET BOOKS, INC., a California corporation dba VIDEO LIQUIDATORS;<br><br>        Defendants.<br><br>AND RELATED CROSS-CLAIM. | Case No. 1:13-CV-00613-AWI-SAB<br><br>STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO Fed. R. Civ. P.41(a)(1)(A)(i) AS TO CROSS CLAIM <u>ONLY</u> AGAINST CROSS-DEFENDANTS DEWAYNE ZINKIN AND SANDRA ZINKIN; [~~PROPOSED~~] ORDER THEREON |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, RONALD MOORE ("Plaintiff"), Defendant/Cross-Claimant SHAW STREET BOOKS, INC., a California corporation dba VIDEO LIQUIDATORS ("Defendant/Cross-Claimant"), and Defendants/Cross-Defendants, DEWAYNE ZINKIN and SANDRA ZINKIN ("Defendants/Cross-Defendants"), all collectively referred to herein as "the Parties" to this action, by and through their respective counsel of record, that pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii), the Cross-Claim <u>only</u> against Cross-Defendants DeWayne Zinkin and Sandra Zinkin as set forth in the Answer to Complaint of Shaw Street Books, Inc., a California corporation dba Video Liquidators Court filed with the Court on or about May 17, 2013, be dismissed with prejudice in its entirety.

Dated: August 29, 2013        LAW OFFICES OF NICK ZINKIN


                By:   /s/ Nick Zinkin
                          Nick Zinkin, Attorney for Defendants,
                          DeWayne Zinkin and Sandra Zinkin

Dated: August 29, 2013

By: /s/ Roger Jon Diamond
Roger Jon Diamond, Attorney for Defendant and Cross-Claimant, Shaw Street Books, Inc., a California corporation dba Video Liquidators

Dated: August 29, 2013        MOORE LAW FIRM

By: /s/ Tanya E. Moore
Tanya E. Moore, Attorney for Plaintiff, Ronald Moore

**ORDER**

The Parties having so stipulated, and good cause appearing,

IT IS HEREBY ORDERED that only the cross-claim in this action filed by Cross-Claimant SHAW STREET BOOKS, INC., a California corporation dba VIDEO LIQUIDATORS be and hereby is dismissed with prejudice.

IT IS SO ORDERED.

Dated: August 30, 2013

SENIOR DISTRICT JUDGE