Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>DEWAYNE ZINKIN, et al.,<br><br>    Defendants. | No. 1:13-cv-00613-AWI-SAB<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS DEWAYNE ZINKIN AND SANDRA ZINKIN <u>ONLY</u>; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants DeWayne Zinkin, Sandra Zinkin, and Shaw Street Books, Inc., a California corporation dba Video Liquidators, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **only Defendants DeWayne Zinkin and Sandra Zinkin** be dismissed from the above-captioned action with prejudice. Each party is to bear its own attorneys' fees and costs.

Date: September 13, 2013                    MOORE LAW FIRM, P.C.


                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorneys for Plaintiff
                                            Ronald Moore

STIPULATION FOR DISMISSAL OF DEFENDANTS DEWAYNE ZINKIN AND SANDRA ZINKIN ONLY; [PROPOSED] ORDER

Date: September 11, 2013              LAW OFFICES OF NICK ZINKIN

                                     */s/ Nick Zinkin*
                                     Nick Zinkin
                                     Attorneys for Defendants
                                     DeWayne Zinkin and Sandra Zinkin


Date: September 10, 2013              */s/ Roger J. Diamond*
                                     Roger J. Diamond
                                     Attorney for Defendant
                                     Shaw Street Books, Inc., a California corporation
                                     dba Video Liquidators


**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that **only Defendants DeWayne Zinkin and Sandra Zinkin** be dismissed from this action with prejudice. Each party shall bear its own attorney's fees and costs.


IT IS SO ORDERED.

Dated:   September 13, 2013          _____
                                     SENIOR DISTRICT JUDGE