1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

6

7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:13-cv-00613-AWI-SAB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANTS DEWAYNE ZINKIN AND SANDRA ZINKIN <u>ONLY</u>; ORDER** |
| vs. | |
| DEWAYNE ZINKIN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants DeWayne Zinkin, Sandra Zinkin, and Shaw Street Books, Inc., a California corporation dba Video Liquidators, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **only Defendants DeWayne Zinkin and Sandra Zinkin** be dismissed from the above-captioned action with prejudice. Each party is to bear its own attorneys' fees and costs.

Date: September 13, 2013          MOORE LAW FIRM, P.C.


                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorneys for Plaintiff
                                  Ronald Moore

Date: September 11, 2013					LAW OFFICES OF NICK ZINKIN


						*/s/ Nick Zinkin*
						Nick Zinkin
						Attorneys for Defendants
						DeWayne Zinkin and Sandra Zinkin



Date: September 10, 2013				*/s/ Roger J. Diamond*
						Roger J. Diamond
						Attorney for Defendant
						Shaw Street Books, Inc., a California corporation
						dba Video Liquidators


**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that **only Defendants DeWayne Zinkin and Sandra Zinkin** be dismissed from this action with prejudice. Each party shall bear its own attorney's fees and costs.


IT IS SO ORDERED.

Dated:   September 13, 2013			_____
						SENIOR DISTRICT JUDGE