**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

RONALD MOORE,

Plaintiff,

vs.

DEWAYNE ZINKIN; SANDRA ZINKIN; SHAW STREET BOOKS, INC., a California corporation, dba VIDEO LIQUIDATORS,

Defendants.

No. 1:13-cv-00613-SAB

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE REQUEST FOR FEES AND COSTS

(ECF No. 49)

On June 30, 2014 an order issued dismissing this action pursuant to the stipulation of the parties and granting Plaintiff thirty days in which to file a motion for fees and costs. On July 21, 2014, Plaintiff filed a motion for an extension of time to file a request for fees and costs.

The Court finds good cause exists to extend the deadline for Plaintiff to file a motion for fees and costs. Accordingly, IT IS HEREBY ORDERED that that Plaintiff's motion for fees and costs shall be filed on or before August 8, 2014.

IT IS SO ORDERED.

Dated: **July 21, 2014**

UNITED STATES MAGISTRATE JUDGE